412 A.2d 577

**In re Nomination Petition of Richard MAYS for Democratic Nomination for the General Office of Representative in General Assembly for the 202nd Legislative District.**

**Appeal of Mark B. COHEN.**

Supreme Court of Pennsylvania.

April 3, 1980.

David Cohen, Philadelphia, for appellant.

Howard Hall, Philadelphia, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## ORDER

PER CURIAM.

AND NOW, this 3rd day of April, 1980, the Order of the Commonwealth Court is affirmed.

LARSEN, J., dissents.